## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION DIVISION

IN RE:                                    )   CHAPTER 7 CASE
DAY, RONALD                               )
DAY, JUSTINE                              )   CASE NO. 12-12894 ERW
                                          )
                                          )   JUDGE EUGENE R. WEDOFF
               Debtor(s)                  )

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION

Name of Applicant: Alan D. Lasko & Associates, P.C.

Authorized to Provide
Professional Services to: Trustee

Date of Order Authorizing Employment: November 20, 2012

Period for Which
Compensation is sought: November 20, 2012, through December 5, 2012

Amount of Fees sought: $1,606.60

Amount of Expense
Reimbursement sought: $24.94

This is an:          Interim Application _____          Final Application **X**

If this is **not** the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|------------|----------------|-----------------------------------|---------------|
|            |                | $                                 | $             |
|            |                | $                                 | $             |
|            |                | $                                 | $             |
|            |                | $                                 | $             |
|            |                | $                                 | $             |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is:

$0.00

Date: December 18, 2012          By: Alan D. Lasko & Associates
                                     Applicant

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **Estate of Ronald and Justine Day** | ) | No. 12 B 12894 |
| | ) | |
| 38-7061003 | ) | Chapter 7 |
| **Debtor** | ) | |
| | ) | Hon. Eugene R. Wedoff |

### FIRST AND FINAL APPLICATION
### OF ALAN D. LASKO & ASSOCIATES, P.C.
### FOR ALLOWANCE COMPENSATION AND EXPENSES

**ALAN D. LASKO AND ALAN D. LASKO & ASSOCIATES, P.C.,** Certified Public Accountants, request first and final compensation of $1,606.60 and expenses of $24.94 for the time period from November 20, 2012 through December 5, 2012. A detail is provided herein for the Estate, which identifies by subject matter the services performed by the Applicant. Additional detail is provided to reflect the function and individual performing said services. Lastly, each individual's classification and hourly rate is also reflected. In addition, attached is the Affidavit pursuant to Bankruptcy Rule 2016.

## INTRODUCTION

This Court has jurisdiction over this First and Final Fee Application pursuant to 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

The statutory predicates for the relief requested herein are Sections 328, 330 and 331 of Title 11 of the United States Code (11 U.S.C. §§ 101-1532, the "Bankruptcy Code"), as supplemented by Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 5082-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois (the Local Rules"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 promulgated by the United States Department of Justice, dated on January 30, 1996 (the "UST Guidelines").

Under Rule 2016(b), the Firm has not shared, nor agreed to share, (a) any compensation it has received or may receive in these cases with another person or party other than the Firm's associates and other employees, or (b) any compensation another person or party has received or may receive in these cases.

## GENERAL

The Debtor filed a petition under Chapter 7 on or about March 30, 2012.   A Trustee was subsequently appointed.   On November 20, 2012, Alan D. Lasko & Associates, P.C. was approved by the Court as the accountants for the Trustee.  Reflected in this Fee Application is the Applicant's time for the preparation of the Estate's initial and final short year 2012 income tax return.

## FEE APPLICATION

The fees sought by this First and Final Fee Application reflect an aggregate of 11.9 hours of ADLPC's time spent and recorded in performing services during the First and Final

2

ESTATE OF RONALD AND JUSTINE DAY

Compensation Period. This fee request does not include time that might be construed as duplicative or otherwise not beneficial to the Trustee or the Debtor's Estate, which has already been eliminated by ADLPC. In accordance with the factors enumerated in Section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given: (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered (d), the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.

All of the services for which first and final compensation is sought were rendered solely in connection with this case, in furtherance of the duties and functions of the Trustee and not on behalf of any individual creditor or other person.

ADLPC has not entered into any agreement, express or implied, with any other party for the purpose of fixing or sharing fees or other compensation to be paid for professional services rendered in this case.

ADPC has not shared, or agreed to share (a) any compensation it has received or may receive with another party or person, other than with the associates of the Firm, or (b) any compensation another person or party has received or may receive. No promises have been received by ADLPC as to compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code.

3

ESTATE OF RONALD AND JUSTINE DAY

## BREAKDOWN BY CATEGORIES

The categories in this Application as listed below:

## BILLING

The Applicant has incurred 1.2 hours in the preparation of this fee Application.

Cost            $117.00

A recap of compensation for this category is as follows:

|  | Hours | Rate | Amount |
|---|---|---|---|
| A. Lasko | 0.2 | $ 275.00 | $ 55.00 |
| C. Wilson, Staff | 1.0 | 62.00 | 62.00 |
|  | 1.2 |  | $ 117.00 |

## TAX PREPARATION

The Applicant incurred 10.7 hours in the preparation of the Estate's initial and final short year 2012 workpapers and year-end tax returns.

Cost            $1,489.60

The work included but was not limited to the following:

- Review of Trustee's Form 2.
- Reconstructed fixed assets in order to calculate the Estate's gain/loss on the sale by the Trustee.
- Estimated time to prepare Estate's final information tax returns.

4

ESTATE OF RONALD AND JUSTINE DAY

A recap of compensation for this category is as follows:

|  | Hours | Rate | Amount |
|---|---|---|---|
| A. Lasko | 1.4 | $ 275.00 | $ 385.00 |
| D. Konomidis, Tax Supervisor | 0.9 | 188.00 | 169.20 |
| L. Li, Accounting Supervisor | 2.9 | 186.00 | 539.40 |
| J. Lasko, Staff | 5.5 | 72.00 | 396.00 |
|  | 10.7 |  | $ 1,489.60 |

The Applicant reflects hourly rates and hours worked by each person by function. The recap also reflects the cost of each function performed. In order to assist the Court and parties in interest to evaluate this fee request, your Applicant has reflected below the range of rates charged by staff level.

| Owner | $270 | - | $275 |
|---|---|---|---|
| Manager/Director | 220 | - | 270 |
| Supervisors | 160 | - | 220 |
| Senior | 120 | - | 160 |
| Assistant | 65 | - | 120 |

To provide an orderly and meaningful summary of the services rendered by ADLPC in accordance with its employment, ADLPC has summarized the services provided by the project billing categories for its first and final fee period are as follows:

| Recap by Project | Amount |
|---|---|
| Billing | $ 117.00 |
| Tax Preparation | 1,489.60 |
| Net Request | $ 1,606.60 |

5

ESTATE OF RONALD AND JUSTINE DAY

| Recap by Hour | Hours | Amount | Blended Rate |
|---|---|---|---|
| Billing | 1.2 | $ 117.00 | $ 97.50 |
| Tax Preparation | 10.7 | 1,489.60 | $ 139.21 |
| | 11.9 | $ 1,606.60 | $ 135.01 |

## EXPENSES

It is the Firm's policy to charge its clients in all areas of practice for identifiable, non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that particular client.  It is the Firm's policy to charge its client only the amount actually incurred by the Firm in connection with such items.  Examples of such expenses are postage, overnight mail, courier delivery, transportation, airfare, meals, and lodging.

| Copy Costs | $ | 19.90 |
|---|---|---|
| Postage | | 5.04 |
| | $ | 24.94 |

## ALLOWANCE OF COMPENSATION

The foregoing professional services rendered during the Compensation Period were necessary and appropriate to the administration of the Chapter 7 case and was in the best interests of the parties in interest.  Compensation for the foregoing services as requested is commensurate with the complexity, importance, and nature of the problems, issues, or tasks involved.  ADLPC has taken significant efforts to ensure that the professional services were performed with expedience and in an efficient manner and without duplication of effort.

ESTATE OF RONALD AND JUSTINE DAY

Section 330 provides that a court may award a professional employed under Section 327 of the

Bankruptcy Code "reasonable compensation for actual necessary services rendered . . . and

reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1). Section 330 also sets

forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded, the court should
> consider the nature, the extent, and the value of such services, taking into account all
> relevant factors, including.
>
> (A)    the time spent on such services;
>
> (B)    the rates charged for such services;
>
> (C)    whether the services were necessary to the administration of, or beneficial
>        at the time the service was rendered toward the completion of, a case
>        under this title;
>
> (D)    whether the services were performed within a reasonable amount of time
>        commensurate with the complexity, importance, and nature of the
>        problem, issue or task addressed; and
>
> (E)    whether the compensation is reasonable based on the customary
>        compensation charged by comparably skilled practitioners in cases other
>        than cases under this title.

Id. § 330(a)(3).

In the instant case, ADLPC respectfully submits that the services for which it seeks

compensation in this First and Final Fee Application were necessary for and beneficial to the

Trustee's efforts in administering the Debtor's Estate, and necessary to and in the best interests of

the Debtor's Estate. ADLPC further submits that the compensation requested herein is

reasonable in light of the nature, extent, and value of such services provided to the Trustee and

the Debtor's Estate.

ESTATE OF RONALD AND JUSTINE DAY

The rates charged by ADLPC in this case are standard for any bankruptcy matter, and are identical to the rate it would charge throughout the country in any bankruptcy case of this size and prominence.

In sum, the services rendered by ADLPC were necessary and beneficial to the Debtor's Estate, and were consistently performed in a timely manner commensurate with the complexity, importance, and nature of the issues involved. As shown by this First and Final Fee Application and supporting exhibits, ADLPC incurred professional time economically and without unnecessary duplication of effort. In addition, the work involved, and thus the time expended, was carefully assigned in view of the experience and expertise required for a particular task. Accordingly, approval of the first and final compensation sought herein for the Compensation Period is warranted.

## CONCLUSION AND REQUEST FOR RELIEF

Based upon the foregoing, your Applicant submits that the relief requested is justified in the circumstances and its allowance would be appropriate. Therefore, the requested first and final compensation of $1,606.60 and expenses of $24.94 should be allowed for services by your Applicant for the period November 20, 2012 through December 5, 2012.

_____
Alan D. Lasko

Alan D. Lasko & Associates, P.C.
29 South LaSalle Street
Suite 1240
Chicago, Illinois  60603
(312) 332-1302

8

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Estate of Ronald and Justine Day | ) | No. 12 B 12894 |
| | ) | |
| 38-7061003 | ) | Chapter 7 |
| Debtor | ) | |
| | ) | Hon. Eugene R. Wedoff |

### AFFIDAVIT PURSUANT TO BANKRUPTCY RULE 2016

STATE OF ILLINOIS)
            )      SS.
COUNTY OF COOK )

I, Alan D. Lasko, being first duly sworn on oath, depose and state as follows:

1.      I am the owner of the Firm ALAN D. LASKO & ASSOCIATES, P.C. ("Lasko") and I am authorized to execute this Affidavit on behalf of Lasko. Lasko is the Court-approved accountants for Karen R. Goodman, Chapter 7 Trustee in this case ("Trustee").

2.      I have read the First and Final Application of Lasko, for allowable compensation and expenses ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. Lasko has performed the services set forth and described in the Application at the request and pursuant to the direction of the Trustee.

3.      Lasko has not previously received payments for services rendered in connection with this case from the Trustee. Lasko has not entered into any agreement or understanding between itself and any other person for the sharing of compensation received or to be received for services rendered to the Trustee in connection with these cases, except among the members and associates of the Firm.

FURTHER AFFIANT SAYETH NOT.

_____
Alan D. Lasko

Subscribed and Sworn to before me
this __6th__ day of December, 2012.

_____
Notary Public

OFFICIAL SEAL
CLAUDETTE WILSON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/10/16

9

## EXHIBIT A

## ORDER OF EMPLOYMENT

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                     )          BK No.:    12-12894
DAY, RONALD and JUSTINE,                   )
                                           )          Chapter: 7
                                           )
                                           )          Honorable Eugene R. Wedoff
                                           )
                                           )
               Debtor(s)                   )

## ORDER AUTHORIZING EMPLOYMENT OF ACCOUNTANT

THIS CAUSE COMING on to be heard upon the Trustee's Motion to Employ Alan D. Lasko
and the accounting firm of Alan D. Lasko & Associates, Inc. ("Lasko"), as accountants for the Trustee,
due notice having been given and the Court finding that Alan D. Lasko and the accounting firm of Alan
D. Lasko & Associates, Inc., are disinterested persons within the meaning of 11 U.S.C. §101(14);

IT IS HEREBY ORDERED that the Trustee is authorized to employ Alan D. Lasko of the accounting
firm of Alan D. Lasko & Associates, Inc., certified public accountants, and with all compensation to be
paid as an administrative expense in such amount as this Court may hereinafter determine and allow
upon proper application.

Enter:

Honorable Eugene R. Wedoff
United States Bankruptcy Judge

Dated:  November 20, 2012

**Prepared by:**

Karen R. Goodman (I.D. #1008242)
Shefsky & Froelich Ltd.
111 East Wacker Drive, Suite 2800
Chicago, Illinois 60601-3713
Telephone:  (312) 527-4000
Facsimile:  (312) 275-7570

**EXHIBIT B**

**PERSONNEL**

The following represents a description of the primary individuals in this engagement.


Alan D. Lasko – CPA, CIRA, CFF

Mr. Lasko has worked primarily in the bankruptcy field over the last 26 years.  He brings his 36 years of experience in providing operational support to Chapter 11 and creditor committees, as well as his technical abilities in various accounting and tax matters in bankruptcy cases. Mr. Lasko has been an expert witness, been appointed as a receiver in State Court, worked as a disbursing agent, made presentations to creditors and their committees and worked with debtor and creditor counsels in formulating plans of reorganizations and disclosure statements. Mr. Lasko is a member of the Certified Insolvency and Restructuring Advisors (CIRA), as well as being Certified in Financial Forensics (CFF).  Mr. Lasko is also a member of the American Bankruptcy Institute, the American Institute of Certified Public Accountants and the Illinois CPA Society.  Mr. Lasko also has instructed and has written seminars on various bankruptcy-related topics.  Last, Mr. Lasko has broad accounting and tax experience in Chapter 7 cases.


Denise C. Konomidis, CPA – Tax Supervisor

Ms. Konomidis has 11 years of experience performing tax preparation and tax planning in public accounting.  She has worked for a large and small public accounting firm and tax planning firm over this period.  She has worked with commercial and individual accounts of various sizes.  She has an Undergraduate Degree in Accounting from the University of Illinois.  She is a Certified Public Accountant and a member of the American Institute of Certified Public Accountants and the Illinois CPA Society.

ESTATE OF RONALD AND JUSTINE DAY

Luyan Li, CPA, CVA, Ph.D. – Accounting/Valuation Supervisor

Ms. Li has 6 years of valuation experience and 8 years of performing accounting and tax services.   She has a B.A. from Xi An Jiao Tong University in China and a Ph.D. in Communications Studies from Northwestern University in Evanston.   She is a Certified Public Accountant and a member of the American Institute of Certified Public Accountants and the Illinois CPA Society.   She is also certified by the National Association of Valuation Analysts for her valuation certificate.   In addition, she is a Certified QuickBooks ProAdvisor.

Joseph Lasko – Staff

Mr. Lasko is a second-year intern staff person performing accounting and tax services. Mr. Lasko has a Bachelor's Degree in Marketing from the University of Iowa.

**<u>EXHIBIT C</u>**

**<u>STAFF LEVELS</u>**

ESTATE OF RONALD AND JUSTINE DAY

## STAFF LEVEL – SUPERVISORS, SENIORS AND ASSISTANTS

### SUPERVISORS

After a period of several years of experience, senior accountants are advanced to the supervisory level. Supervisors have administrative and overview responsibility on a broader level than senior accountants. Supervisors are responsible to keep the manager abreast of the progress of the engagement of the problems encountered in a particular circumstance.

### SENIORS

After a period of usually 2 to 3 years, an individual is advanced to the senior level. Seniors are primarily responsible for the day-to-day functions of fieldwork with the Court. In bankruptcy-related work, audit seniors may also perform specific tasks at the request of a manager or supervisor.

### ASSISTANTS

Staff assistants usually execute basic assignments or tasks. In bankruptcy-related work, assistants primarily perform specific projects at specified times under the supervision of a senior, supervisor or manager.

**EXHIBIT D**

**ACTUAL TIME FROM TIME SLIPS**

**<u>EXHIBIT D-1</u>**

**<u>TAX PREPARATION</u>**

12/5/2012                        Alan D. Lasko & Associates, P.C.
7:00 PM                              Pre-bill Worksheet                              Page      1

---

                              Selection Criteria

---

Clie.Selection          Include: Day.002; Day.012

---

Nickname          Day.002 | 4119
Full Name         Estate of Ronald & Justine Day
Address           c/o Karen R. Goodman, Trustee
                  111 E. Wackder Drive
                  Suite 2800
                  Chicago IL 60601-3713
Phone 1                            Phone 2
Phone 3                            Phone 4
In Ref To         tax preparation
Fees Arrg.        By billing value on each slip
Expense Arrg.     By billing value on each slip
Tax Profile       Exempt
Last bill
Last charge       12/4/2012
Last payment                       Amount        $0.00

| Date ID | User Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 11/21/2012 111377 | A. Lasko 800 | 275.00 | 0.40 | 110.00 | Billable |
| | review of data received and set up staff for year end tax work | | | | |
| 11/26/2012 111389 | J. Lasko 800 | 72.00 | 2.90 | 208.80 | Billable |
| | preparation of workpapers and tax returns | | | | |
| 11/27/2012 111430 | L. Li 800 | 186.00 | 1.40 | 260.40 | Billable |
| | review of workpapers and tax returns | | | | |
| 11/27/2012 111432 | J. Lasko 800 | 72.00 | 1.20 | 86.40 | Billable |
| | preparation of workpapers and tax returns changes | | | | |
| 11/28/2012 111446 | L. Li 800 | 186.00 | 1.10 | 204.60 | Billable |
| | Review updated estate of Ronald Day workpapers and tax returns | | | | |
| 11/29/2012 111473 | D. Konomidis 800 | 188.00 | 0.90 | 169.20 | Billable |
| | prepared wisconsin estate fiduciary return and related attachments for 2012. | | | | |

12/5/2012
7:00 PM

Alan B. Lasko & Associates, P.C.

Pre-bill Worksheet

Page    2

Day.002:Estate of Ronald & Justine Day (continued)

| Date ID | User Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 12/3/2012 111524 | A. Lasko 800 | 275.00 | 0.40 | 110.00 | Billable |
| | review of wisc fiduciary return and calcualtion of credit paid to other state for illinois | | | | |
| 12/4/2012 111542 | A. Lasko 800 | 275.00 | 0.20 | 55.00 | Billable |
| | prepared irs 60 day letter | | | | |
| 12/4/2012 111543 | A. Lasko 800 | 275.00 | 0.40 | 110.00 | Billable |
| | sign off of federal and state tax returns and irs 60 day copy and letter for final 2012 | | | | |
| 12/4/2012 111544 | J. Lasko 800 | 72.00 | 1.40 | 100.80 | Billable |
| | Estimated time to prepare estate's final information tax returns and cover letter for trustee | | | | |
| 12/4/2012 111545 | L. Li 800 | 186.00 | 0.40 | 74.40 | Billable |
| | Estimated time to review estate's final information tax return and cover letter to trustee | | | | |

| TOTAL | Billable Fees | | 10.70 | | $1,489.60 |
|---|---|---|---|---|---|

| Date ID | User Expense | Price Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 12/4/2012 111550 | C. Wilson 115 | 19.90 | 1.000 | 19.90 | Billable |
| | Photocopy costs for 2012 Forms 1041 income tax returns - 199 pages @ $.10 per page. | | | | |
| 12/4/2012 111551 | C. Wilson 105 | 5.04 | 1.000 | 5.04 | Billable |
| | Postage for 2012 Forms 1041 income tax returns sent to Karen Goodman. | | | | |

| TOTAL | Billable Costs | | | | $24.94 |
|---|---|---|---|---|---|

12/5/2012                          Alan D. Lasko & Associates, P.C.
7:00 PM                              Pre-bill Worksheet                          Page      3

Day.002: Estate of Ronald & Justine Day (continued)

---

## Calculation of Fees and Costs

|  | Amount | Total |
|---|---|---|
| **Fees Bill Arrangement: Slips** | | |
| By billing value on each slip. | | |
| | | |
| Total of billable time slips | $1,489.60 | |
| Total of Fees (Time Charges) | | $1,489.60 |
| | | |
| **Costs Bill Arrangement: Slips** | | |
| By billing value on each slip. | | |
| | | |
| Total of billable expense slips | $24.94 | |
| Total of Costs (Expense Charges) | | $24.94 |
| | | |
| Total new charges | | $1,514.54 |
| | | |
| New Balance | | |
| Current | $1,514.54 | |
| | | |
| Total New Balance | | $1,514.54 |

**<u>EXHIBIT D-2</u>**

**<u>BILLING TIME</u>**

12/5/2012                          Alan D. Lasko & Associates, P.C.
7:00 PM                                 Pre-bill Worksheet                          Page      4

| Nickname | Day.012 | 4120 |
| Full Name | Estate of Ronald & Justine Day |
| Address | c/o Karen R. Goodman, Trustee |
| | 111 E. Wackder Drive |
| | Suite 2800 |
| | Chicago IL 60601-3713 |

| Phone 1 | | Phone 2 | |
| Phone 3 | | Phone 4 | |
| In Ref To | fee petition | |
| Fees Arrg. | By billing value on each slip | |
| Expense Arrg. | By billing value on each slip | |
| Tax Profile | Exempt | |
| Last bill | | |
| Last charge | 12/5/2012 | |
| Last payment | | Amount | $0.00 |

| Date ID | User Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 12/5/2012 111563 | C. Wilson 800 | 62.00 | 1.00 | 62.00 | Billable |
| | Prepared fee petition. | | | | |
| 12/5/2012 111577 | A. Lasko 800 | 275.00 | 0.20 | 55.00 | Billable |
| | Prepared fee petition | | | | |
| TOTAL | Billable Fees | | 1.20 | | $117.00 |

Total of billable expense slips                                                    $0.00

---

### Calculation of Fees and Costs

| | Amount | Total |
|---|---|---|
| Fees Bill Arrangement: Slips | | |
| By billing value on each slip. | | |
| Total of billable time slips | $117.00 | |
| Total of Fees (Time Charges) | | $117.00 |
| Total of Costs (Expense Charges) | | $0.00 |
| Total new charges | | $117.00 |
| New Balance Current | $117.00 | |

12/5/2012                           Alan D. Lasko & Associates, P.C.
7:00 PM                                Pre-bill Worksheet                              Page      5

Day.012:Estate of Ronald & Justine Day (continued)

|  | Amount | Total |
|---|---|---|
| Total New Balance |  | $117.00 |