|   |   |
|---|---|
| The Honorable: | EUGENE R. WEDOFF |
| Chapter 7 |   |
| Location: | Room 744 |
| Hearing Date: | 03/05/2013 |
| Hearing Time: | 10:00am |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:   DAY, RONALD        §    Case No. 12-12894
         DAY, JUSTINE       §
                            §
Debtor(s)                   §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>KAREN R. GOODMAN</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 03/05/2013 in Courtroom 744, United States Courthouse Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/29/2013        By:    /s/KAREN R. GOODMAN
                                      Trustee

KAREN R. GOODMAN
Shefsky & Froelich Ltd.
111East Wacker Drive, Suite 2800
Chicago, Illinois 60601-3713
(312) 527-400
**UST Form 101-7-NFR (10/1/2010)**

| | | |
|---|---|---|
| KAREN R. GOODMAN | The Honorable: | EUGENE R. WEDOFF |
| SHEFSKY & FROELICH, LTD | Chapter 7 | |
| 111 East Wacker Drive | Location: | Room 744 |
| SUITE 2800 | Hearing Date: | 03/05/2013 |
| CHICAGO, IL 60601 | Hearing Time: | 10:00am |
| (312) 527-4000 | Response Date: | / / |

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: DAY, RONALD | § | Case No. 12-12894 |
| DAY, JUSTINE | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 57,500.00 |
| *and approved disbursements of* | $ 9,889.53 |
| *leaving a balance on hand of* [1] | $ 47,610.47 |
| **Balance on hand:** | $ 47,610.47 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 47,610.47 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - KAREN R. GOODMAN | 6,125.00 | 0.00 | 6,125.00 |
| Trustee, Expenses - KAREN R. GOODMAN | 134.38 | 0.00 | 134.38 |
| Attorney for Trustee, Fees - SHEFSKY & FROELICH LTD. | 4,095.00 | 0.00 | 4,095.00 |
| Accountant for Trustee, Fees - ALAN D. LASKO | 1,606.60 | 0.00 | 1,606.60 |

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Total to be paid for chapter 7 administration expenses:   $   11,985.92
Remaining balance:   $   35,624.55

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $   0.00
Remaining balance:   $   35,624.55

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $   0.00
Remaining balance:   $   35,624.55

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 65,407.84 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 54.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC (Citibank South Dakota,) | 10,278.76 | 0.00 | 5,598.35 |
| 2 | FIA CARD SERVICES, N.A. | 7,954.38 | 0.00 | 4,332.37 |
| 3 | FIA CARD SERVICES, N.A. | 4,065.82 | 0.00 | 2,214.46 |
| 4 | FIA CARD SERVICES, N.A. | 9,203.73 | 0.00 | 5,012.84 |
| 5 | GE Capital Retail Bank | 2,547.89 | 0.00 | 1,387.71 |
| 6 | Quantum3 Group LLC as agent for | 682.43 | 0.00 | 371.69 |
| 7 | American Express Bank, FSB | 26,441.16 | 0.00 | 14,401.25 |

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---|---|---|
| 8 | Citibank, N.A. | | 0.00 | 927.09 |
| 9 | Gundersen Clinic Ltd. | 218.00 | 0.00 | 118.73 |
| 10 | Capital One, N.A. | 2,313.51 | 0.00 | 1,260.06 |

Total to be paid for timely general unsecured claims:   $   35,624.55
Remaining balance:   $   0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $   0.00
Remaining balance:   $   0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $   0.00
Remaining balance:   $   0.00

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/KAREN R. GOODMAN
                 Trustee

KAREN R. GOODMAN
111 East Wacker Drive
SUITE 2800
CHICAGO, IL 60601
(312) 527-4000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 12-12894-ERW
Ronald Day                                                      Chapter 7
Justine Day
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: bchavez              Page 1 of 3                  Date Rcvd: Jan 30, 2013
                              Form ID: pdf006            Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2013.
db/jdb     +Ronald Day,    Justine Day,    5825 N. Louise,    Chicago, IL 60646-5633
aty        +Karen R Goodman,    Shefsky & Froelich Ltd,    111 East Wacker Drive,    Suite 2800,
             Chicago, IL 60601-4209
18706274   +Advocate Medical Group,    701 Lee Street,    Des Plaines, IL 60016-4543
19608945    American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18706275   +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
18706279   +Arneto Construction, Inc.,    9510 Lowell Ave.,    Skokie, IL 60076-1465
19421819   +Atlas Acquisitions LLC   (Citibank South Dakota,),    294 Union St.,    Hackensack, NJ 07601-4303
18706283   +Bank Of America, N.A.,    450 American St,    Simi Valley, CA 93065-6285
19739338    Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18706285   +Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
18706287   +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
18706286   +Chase,    Po Box 901039,    Fort Worth, TX 76101-2039
18706289   +Codilis & Associates, PC,    15W030 North Frontage Rd., Ste. 100,    Burr Ridge, IL 60527-6921
18706291    Consecofin,    345 St Peter/900 Landmk,    Saint Paul, MN 55102
18706292   +Crawford County Treasurer,    225 North Beaumont Road Ste. 211,    Prairie Du Chien, WI 53821-1445
19478246    FIA CARD SERVICES, N.A.,    Successor to Bank of America N.A. (USA),    4161 Piedmont Parkway,
             NC4 105 03 14,    Greensboro, NC 27410
18706295   +Freedman Anselmo Lindberg & Rappe,    1807 W. Diehl, PO Box 3107,    Naperville, IL 60566-7107
18706300   ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
             (address filed with court: Hsbc/Bsbuy,     Po Box 15519,    Wilmington, DE 19850)
18706299   +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
18706302   +Hsbc/Mnrds,    90 Christiana Rd,    New Castle, DE 19720-3118
18706304   +Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
18706306   +Sears/Cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
18706308   +Specialized Loan Servi,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
18706309   +Tri-State Adjustments,    3439 East Ave S,    La Crosse, WI 54601-7241
18706310   ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
             ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
             (address filed with court: Wells Fargo Hm Mortgag,     8480 Stagecoach Cir,    Frederick, MD 21701)
18773519   +Wells Fargo Bank, NA,    Annie W Lopez,    Freedman Anselmo Lindberg LLC,    1807 W Diehl Rd Ste 333,
             Naperville, IL 60563-1890
18706311   +Wfnnb/The Avenue,    Po Box 2974,    Shawnee Mission, KS 66201-1374

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18706273   +E-mail/Text: KM@ARCONCEPTSINC.COM Jan 31 2013 02:18:37     A/R Concepts,
             33 W Higgins Rd Suite 715,    South Barrington, IL 60010-9103
18987640   +E-mail/Text: bnc@atlasacq.com Jan 31 2013 02:21:51     Atlas Acquisitions LLC,    294 Union St.,
             Hackensack, NJ 07601-4303
19666119    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 31 2013 02:35:32      Citibank, N.A.,
             c/o American InfoSource LP,    PO Box 248840,    Oklahoma City, OK  73124-8840
18706293   +E-mail/Text: mbarris@cbdlax.com Jan 31 2013 02:18:22     Credit Bureau Data Inc,    115 6th St N,
             La Crosse, WI 54601-3366
19493534    E-mail/PDF: rmscedi@recoverycorp.com Jan 31 2013 02:32:13      GE Capital Retail Bank,
             c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
18706296   +E-mail/PDF: gecsedi@recoverycorp.com Jan 31 2013 02:34:50      Gemb/Jcp,    Po Box 984100,
             El Paso, TX 79998-4100
18706298   +E-mail/PDF: gecsedi@recoverycorp.com Jan 31 2013 02:31:18      Gemb/Walmart,    Po Box 981400,
             El Paso, TX 79998-1400
18706294    E-mail/Text: mbarris@cbdlax.com Jan 31 2013 02:18:22     Gundersen Clinic Ltd.,
             c/o Credit Bureau Data,    PO Box 2288,    La Crosse, WI 54602-2288
18706303   +E-mail/Text: bnckohlsnotices@becket-lee.com Jan 31 2013 02:16:01      Kohls/Capone,
             N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
18706305   +E-mail/Text: bkrnotis@nationwide.com Jan 31 2013 03:11:08      Nationwide Advantage,
             1701 48th St Ste 100,    West Des Moines, IA 50266-6723
19546880    E-mail/Text: bnc-quantum@quantum3group.com Jan 31 2013 03:07:50
             Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty         Thomas Peterson,    Peterson Antoine & Peterson
18706297    Gemb/Jcp
18706277*  +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
18706278*  +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
18706276*  +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
18706281*  +Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
18706282*  +Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
18706284*  +Bank Of America, N.A.,    450 American St,    Simi Valley, CA 93065-6285
18706288*  +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
18706290*  +Codilis & Associates, PC,    15W030 North Frontage Rd., Ste. 100,    Burr Ridge, IL 60527-6921
18706301*  ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
             (address filed with court: Hsbc/Bsbuy,     Po Box 15519,    Wilmington, DE 19850)
18706307*  +Sears/Cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189

```
District/off: 0752-1          User: bchavez              Page 2 of 3              Date Rcvd: Jan 30, 2013
                              Form ID: pdf006            Total Noticed: 38

18706280     ##+Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
                                                                                            TOTALS: 2, * 10, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 01, 2013**                          **Signature:**   _Joseph Speetjens_

```
District/off: 0752-1          User: bchavez              Page 3 of 3                Date Rcvd: Jan 30, 2013
                              Form ID: pdf006            Total Noticed: 38
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 29, 2013 at the address(es) listed below:

```
          Alexey Y Kaplan    on behalf of Joint Debtor Justine  Day alex@alexkaplanlegal.com
          Alexey Y Kaplan    on behalf of Debtor Ronald  Day alex@alexkaplanlegal.com
          Annie W Lopez    on behalf of Creditor    Wells Fargo Bank, N.A. alopez@fal-illinois.com
          Heather M Giannino    on behalf of Creditor    Bank of America, N.A. heathergiannino@hsbattys.com,
           jenniferewins@hsbattys.com;danacloe@hsbattys.com;bk4hsbm@gmail.com
          Karen R Goodman, ESQ    kgoodman@shefskylaw.com,    il24@ecfcbis.com;sfdocket@shefskylaw.com
          Karen R Goodman, ESQ    on behalf of Trustee Karen R Goodman, ESQ kgoodman@shefskylaw.com,
           il24@ecfcbis.com;sfdocket@shefskylaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Peter C Bastianen    on behalf of Creditor    BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC
           HOME LOANS SERVICING, LP ND-Four@il.cslegal.com
          Peter C Bastianen    on behalf of Creditor    Nationwide Advantage Mortgage Company
           ND-Four@il.cslegal.com
                                                                                             TOTAL: 9
```