| | | |
|---|---|---|
| KAREN R. GOODMAN | The Honorable: | EUGENE R. WEDOFF |
| SHEFSKY & FROELICH, LTD | Chapter 7 | |
| 111East Wacker Drive | Location: _____ | |
| SUITE 2800 | Hearing Date: _____ / / | |
| CHICAGO, IL 60601 | Hearing Time: _____ | |
| (312) 527-4000 | Response Date: _____ / / | |
| Chapter 7 Trustee | | |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: DAY, RONALD § Case No. 12-12894
    DAY, JUSTINE §
               §
   Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  KAREN R. GOODMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $987,475.00      Assets Exempt: $152,818.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $35,624.55    Claims Discharged
                      Without Payment: $29,783.29

Total Expenses of Administration: $21,875.45

---

  3) Total gross receipts of $ 57,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $57,500.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,229,992.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 21,875.45 | 21,875.45 | 21,875.45 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 107,989.00 | 65,407.84 | 65,407.84 | 35,624.55 |
| **TOTAL DISBURSEMENTS** | $1,337,981.00 | $87,283.29 | $87,283.29 | $57,500.00 |

4) This case was originally filed under Chapter 7 on March 30, 2012. The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/13/2013          By: /s/KAREN R. GOODMAN
                                               Trustee, Bar No.:

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 32475 Ambro Road, Prairie Du Chien, WI 53821 | 1110-000 | 57,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$57,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Wells Fargo Hm Mortgag | 4110-000 | 329,685.00 | N/A | N/A | 0.00 |
| NOTFILED | Crawford County Treasurer | 4110-000 | 3,095.00 | N/A | N/A | 0.00 |
| NOTFILED | Nationwide Advantage | 4110-000 | 210,297.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America, N.A. | 4110-000 | 153,643.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America, N.A. | 4110-000 | 423,158.00 | N/A | N/A | 0.00 |
| NOTFILED | Specialized Loan Servi | 4110-000 | 110,114.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$1,229,992.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KAREN R. GOODMAN | 2100-000 | N/A | 6,125.00 | 6,125.00 | 6,125.00 |
| KAREN R. GOODMAN | 2200-000 | N/A | 134.38 | 134.38 | 134.38 |
| SHEFSKY & FROELICH LTD. | 3110-000 | N/A | 4,095.00 | 4,095.00 | 4,095.00 |
| ALAN D. LASKO | 3410-000 | N/A | 1,606.60 | 1,606.60 | 1,606.60 |
| ALAN D. LASKO | 3420-000 | N/A | 24.94 | 24.94 | 24.94 |
| Peterson Antoine & Peterson Trust Account | 2500-000 | N/A | 4,230.70 | 4,230.70 | 4,230.70 |
| Peterson Antoine & Peterson Trust Account | 2500-000 | N/A | 1,000.00 | 1,000.00 | 1,000.00 |
| Peterson Antoine & Peterson Trust Account | 2820-000 | N/A | 807.77 | 807.77 | 807.77 |
| Peterson Antoine & Peterson Trust Account | 2820-000 | N/A | 3,402.11 | 3,402.11 | 3,402.11 |
| The Bank of New York Mellon | 2600-000 | N/A | 45.95 | 45.95 | 45.95 |
| Illinois Department of Revenue | 2820-000 | N/A | 138.00 | 138.00 | 138.00 |
| Wisconsin Department of Revenue | 2820-000 | N/A | 265.00 | 265.00 | 265.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $21,875.45 | $21,875.45 | $21,875.45 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC (Citibank South Dakota,) | 7100-000 | N/A | 10,278.76 | 10,278.76 | 5,598.35 |
| 2 | FIA CARD SERVICES, N.A. | 7100-000 | 8,286.00 | 7,954.38 | 7,954.38 | 4,332.37 |
| 3 | FIA CARD SERVICES, N.A. | 7100-000 | 3,433.00 | 4,065.82 | 4,065.82 | 2,214.46 |
| 4 | FIA CARD SERVICES, N.A. | 7100-000 | 9,647.00 | 9,203.73 | 9,203.73 | 5,012.84 |
| 5 | GE Capital Retail Bank | 7100-000 | N/A | 2,547.89 | 2,547.89 | 1,387.71 |
| 6 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 682.43 | 682.43 | 371.69 |
| 7 | American Express Bank, FSB | 7100-000 | 53,316.00 | 26,441.16 | 26,441.16 | 14,401.25 |
| 8 | Citibank, N.A. | 7100-000 | N/A | 1,702.16 | 1,702.16 | 927.09 |
| 9 | Gundersen Clinic Ltd. | 7100-000 | 205.00 | 218.00 | 218.00 | 118.73 |
| 10 | Capital One, N.A. | 7100-000 | 2,138.00 | 2,313.51 | 2,313.51 | 1,260.06 |
| NOTFILED | Hsbc Bank | 7100-000 | 225.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit Bureau Data, Inc. | 7100-000 | 218.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit Bureau Data Inc | 7100-000 | 218.00 | N/A | N/A | 0.00 |
| NOTFILED | Gemb/Jcp | 7100-000 | 2,069.00 | N/A | N/A | 0.00 |
| NOTFILED | Gemb/Walmart | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Gemb/Jcp | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Wfnnb/The Avenue | 7100-000 | 427.00 | N/A | N/A | 0.00 |
| NOTFILED | Kohls/Capone | 7100-000 | 1,988.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears/Cbna | 7100-000 | 10,199.00 | N/A | N/A | 0.00 |
| NOTFILED | Mcydsnb | 7100-000 | 954.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc/Mnrds | 7100-000 | 2,380.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc/Bsbuy | 7100-000 | 1,286.00 | N/A | N/A | 0.00 |
| NOTFILED | Consecofin | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc/Bsbuy | 7100-000 | 3,520.00 | N/A | N/A | 0.00 |
| NOTFILED | Tri-State Adjustments | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears/Cbna | 7100-000 | 474.00 | N/A | N/A | 0.00 |
| NOTFILED | A/R Concepts | 7100-000 | 69.00 | N/A | N/A | 0.00 |
| NOTFILED | Cbna | 7100-000 | 1,375.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 3,598.00 | N/A | N/A | 0.00 |
| NOTFILED | Arneto Construction, Inc. | 7100-000 | 600.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Amex | | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Amex | | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Chase | | 7100-000 | 1,264.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | | $107,989.00 | $65,407.84 | $65,407.84 | $35,624.55 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-12894  
**Case Name:** DAY, RONALD  
DAY, JUSTINE  
**Period Ending:** 05/13/13

**Trustee:** (520191) KAREN R. GOODMAN  
**Filed (f) or Converted (c):** 03/30/12 (f)  
**§341(a) Meeting Date:** 06/05/12  
**Claims Bar Date:** 12/07/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | 5825 N. Louise, Chicago IL 60646<br>Imported from original petition Doc# 1 | 280,000.00 | 0.00 | | 0.00 | FA |
| 2 | 3739 W. Eastwood, Chicago, IL 60625 - 2 Flat Bri<br>Imported from original petition Doc# 1 | 175,000.00 | 0.00 | | 0.00 | FA |
| 3 | 3753 W. Wilson, Chicago, IL 60625 - 3 Flat Brick<br>Imported from original petition Doc# 1 | 265,000.00 | 0.00 | | 0.00 | FA |
| 4 | 2005 Valencia Drive, Northbrook, IL 60062 -2, be<br>Imported from original petition Doc# 1 | 135,000.00 | 0.00 | | 0.00 | FA |
| 5 | 32475 Ambro Road, Prairie Du Chien, WI 53821<br>Imported from original petition Doc# 1 | 45,000.00 | 41,905.00 | | 57,500.00 | FA |
| 6 | Petty cash<br>Imported from Amended Doc#: 18 | 100.00 | 0.00 | | 0.00 | FA |
| 7 | Checking account of Debtors with Chase Bank<br>Imported from original petition Doc# 1 | 750.00 | 0.00 | | 0.00 | FA |
| 8 | Checking account with TCF Bank<br>Imported from Amended Doc#: 18 | 5.00 | 0.00 | | 0.00 | FA |
| 9 | Checking account of Debtors with Chase Bank<br>Imported from Amended Doc#: 18 | 5,000.00 | 0.00 | | 0.00 | FA |
| 10 | One ordinary lot of household goods and furnishi<br>Imported from Amended Doc#: 18 | 1,000.00 | 0.00 | | 0.00 | FA |
| 11 | Necessary wearing apparel of the Debtors<br>Imported from Amended Doc#: 18 | 800.00 | 0.00 | | 0.00 | FA |
| 12 | Term life insurance No cash surrender value<br>Imported from Amended Doc#: 18 | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Whole life policy<br>Imported from Amended Doc#: 18 | 300.00 | 300.00 | | 0.00 | FA |
| 14 | Joint-Debtor's 401(k) plan with Fidelity<br>Imported from Amended Doc#: 18 | 4,500.00 | 0.00 | | 0.00 | FA |
| 15 | Debtor pension plan with Chicago Police Departme<br>Imported from Amended Doc#: 18 | 4,500.00 | 0.00 | | 0.00 | FA |
| 16 | Chicago Police Deparment Municipal Retirement Pl<br>Imported from Amended Doc#: 18 | 97,000.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-12894  
**Case Name:** DAY, RONALD  
              DAY, JUSTINE  
**Period Ending:** 05/13/13

**Trustee:** (520191) KAREN R. GOODMAN  
**Filed (f) or Converted (c):** 03/30/12 (f)  
**§341(a) Meeting Date:** 06/05/12  
**Claims Bar Date:** 12/07/12

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 17 | Pension plan (triggered at age 63 or upon retire) Imported from Amended Doc#: 18 | 0.00 | 0.00 | | 0.00 | FA |
| 18 | Debtor Justine Day's workman's compensation clai Imported from Amended Doc#: 18 | 13,920.00 | 0.00 | | 0.00 | FA |
| 19 | 2006 Honda Odyssey - Approximately 190,000 miles Imported from Amended Doc#: 18 | 2,000.00 | 0.00 | | 0.00 | FA |
| 20 | 2006 Honda CR-V SE, approximatel 140,000 miles Imported from Amended Doc#: 18 | 2,000.00 | 0.00 | | 0.00 | FA |
| 21 | Row-boat Imported from Amended Doc#: 18 | 100.00 | 100.00 | | 0.00 | FA |
| 22 | 1977 Starcarft campter Imported from Amended Doc#: 18 | 500.00 | 500.00 | | 0.00 | FA |
| 22 | **Assets** **Totals** (Excluding unknown values) | **$1,032,475.00** | **$42,805.00** | | **$57,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

    File TDR upon receipt of zero balance bank statement.

**Initial Projected Date Of Final Report (TFR):** March 31, 2013      **Current Projected Date Of Final Report (TFR):** January 29, 2013 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 12-12894  
**Case Name:** DAY, RONALD  
　　　　　　　DAY, JUSTINE  
**Taxpayer ID #:** **-***1003  
**Period Ending:** 05/13/13  

**Trustee:** KAREN R. GOODMAN (520191)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******22-66 - Checking Account  
**Blanket Bond:** $61,494,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 11/16/12 | | Peterson Antoine & Peterson Trust Account | Proceeds of Sale of Vacant Land in Prairie du Chien, Wisconsin | | | 48,059.42 | | 48,059.42 |
| | {5} | | Gross Selling Price | 57,500.00 | 1110-000 | | | 48,059.42 |
| | | | Settlement Charges | -4,230.70 | 2500-000 | | | 48,059.42 |
| | | | Earnest Money Retained | -1,000.00 | 2500-000 | | | 48,059.42 |
| | | | Local Tax | -807.77 | 2820-000 | | | 48,059.42 |
| | | | Real Estate tax | -3,402.11 | 2820-000 | | | 48,059.42 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 45.95 | 48,013.47 |
| 12/11/12 | 101 | Illinois Department of Revenue | 2012  Form IL-1041 | | 2820-000 | | 138.00 | 47,875.47 |
| 12/11/12 | 102 | Wisconsin Department of Revenue | 2012 Wisconsin Fiduciary Income Tax for Estates or Trusts - Form 2 | | 2820-000 | | 265.00 | 47,610.47 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001052019188 20130103 | | 9999-000 | | 47,610.47 | 0.00 |

|  | ACCOUNT TOTALS | 48,059.42 | 48,059.42 | $0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers | 0.00 | 47,610.47 | |
|  | **Subtotal** | 48,059.42 | 448.95 | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | **NET Receipts / Disbursements** | **$48,059.42** | **$448.95** | |

{} Asset reference(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　Printed: 05/13/2013 09:55 AM    V.13.13

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 12-12894  
**Case Name:** DAY, RONALD  
DAY, JUSTINE  
**Taxpayer ID #:** **-***1003  
**Period Ending:** 05/13/13  

**Trustee:** KAREN R. GOODMAN (520191)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****693566 - Checking Account  
**Blanket Bond:** $61,494,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 47,610.47 | | 47,610.47 |
| 03/06/13 | 10103 | ALAN D. LASKO | TRUSTEE'S ACCOUNTANTS' EXPENSES PER COURT ORDER DATED 03/05/2013 | 3420-000 | | 24.94 | 47,585.53 |
| 03/06/13 | 10104 | ALAN D. LASKO | TRUSTEE'S ACCOUNTANTS' FEES PER COURT ORDER DATED 03/05/2013 | 3410-000 | | 1,606.60 | 45,978.93 |
| 03/06/13 | 10105 | KAREN R. GOODMAN, TRUSTEE | TRUSTEE EXPENSES PER COURT ORDER DATED 03/05/2013 | 2200-000 | | 134.38 | 45,844.55 |
| 03/06/13 | 10106 | KAREN R. GOODMAN, TRUSTEE | TRUSTEE COMPENSATION PER COURT ORDER DATED 03/05/2013 | 2100-000 | | 6,125.00 | 39,719.55 |
| 03/06/13 | 10107 | SHEFSKY & FROELICH LTD. | TRUSTEE'S ATTORNEYS' FEES PER COURT ORDER DATED 03/05/2013 | 3110-000 | | 4,095.00 | 35,624.55 |
| 03/06/13 | 10108 | Atlas Acquisitions LLC (Citibank South Dakota,) | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 1 PER COURT ORDER 03/05/2013 | 7100-000 | | 5,598.35 | 30,026.20 |
| 03/06/13 | 10109 | FIA CARD SERVICES, N.A. | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 2 PER COURT ORDER 03/05/2013 | 7100-000 | | 4,332.37 | 25,693.83 |
| 03/06/13 | 10110 | FIA CARD SERVICES, N.A. | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 3 PER COURT ORDER 03/05/2013 | 7100-000 | | 2,214.46 | 23,479.37 |
| 03/06/13 | 10111 | FIA CARD SERVICES, N.A. | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 4 PER COURT ORDER 03/05/2013 | 7100-000 | | 5,012.84 | 18,466.53 |
| 03/06/13 | 10112 | GE Capital Retail Bank | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 5 PER COURT ORDER 03/05/2013 | 7100-000 | | 1,387.71 | 17,078.82 |
| 03/06/13 | 10113 | Quantum3 Group LLC as agent for | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 6 PER COURT ORDER 03/05/2013 | 7100-000 | | 371.69 | 16,707.13 |
| 03/06/13 | 10114 | American Express Bank, FSB | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 7 PER COURT ORDER 03/05/2013 | 7100-000 | | 14,401.25 | 2,305.88 |
| 03/06/13 | 10115 | Citibank, N.A. | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 8 PER COURT ORDER 03/05/2013 | 7100-000 | | 927.09 | 1,378.79 |
| 03/06/13 | 10116 | Gundersen Clinic Ltd. | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 9 PER COURT ORDER 03/05/2013 | 7100-000 | | 118.73 | 1,260.06 |
| 03/06/13 | 10117 | Capital One, N.A. | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 10 PER COURT ORDER 03/05/2013 | 7100-000 | | 1,260.06 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 47,610.47 | 47,610.47 | $0.00 |
| | | | Less: Bank Transfers | | 47,610.47 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 47,610.47 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$47,610.47** | |

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 12-12894 | | **Trustee:** | KAREN R. GOODMAN (520191) |
|---|---|---|---|---|
| **Case Name:** | DAY, RONALD | | **Bank Name:** | Rabobank, N.A. |
| | DAY, JUSTINE | | **Account:** | ****693566 - Checking Account |
| **Taxpayer ID #:** | **-***1003 | | **Blanket Bond:** | $61,494,000.00  (per case limit) |
| **Period Ending:** | 05/13/13 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******22-66** | **48,059.42** | **448.95** | **0.00** |
| **Checking # ****693566** | **0.00** | **47,610.47** | **0.00** |
| | **$48,059.42** | **$48,059.42** | **$0.00** |

{} Asset reference(s)                                                                                                      Printed: 05/13/2013 09:55 AM    V.13.13